THE PEOPLE OF THE STATE OF NEW YORK, PLAINTIFF, *v.* WILLIAM NOONEY, DEFENDANT.

64h    171
40 Mis 137

*Bail—power of the County Court to remit a forfeiture of bail—no limit of time.*

Under sections 597 and 598 of the Code of Criminal Procedure the County Court has power, at any time, and after entry of judgment upon the undertaking, to remit a forfeiture of bail.

APPEAL by Thomas Farrell, surety, from an order of the Orange County General Sessions, entered in the office of the clerk of said county on the 13th day of October, 1891, denying, upon the ground of a want of power (judgment having been taken upon the undertaking), a motion made by said Farrell to remit the forfeiture of a bail bond or undertaking given for the appearance at the Orange County General Sessions of one William Nooney.

It appeared from the moving papers that Nooney was then actually in custody, having been sentenced in New York city for another crime.

*John W. Lyon,* for Thomas F. Farrell, surety, appellant.

*M. H. Hirschberg,* district attorney, for the People, respondent.

PRATT, J.:

We think the County Court had power to remit the forfeiture of bail in this case.

There seems to be no limit of time specified in section 597 of the Code of Criminal Procedure, and section 598 seems to imply that it can be remitted after proceedings to enforce the forfeiture have been commenced, as it provides that such a motion can be granted "only upon payment of the costs and expenses incurred in the proceedings for the enforcement of the forfeiture."

Reading the two sections together it seems plain that there is no restriction as to the time when the County Court can make the remission.

Order reversed, with costs and matter remitted to County Court for rehearing.

BARNARD, P. J., and DYKMAN, J., concurred.

Order reversed, with costs and disbursements, and proceedings remitted.